■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHNNY MASON, Appellant, v ANTONIO CUIN, JR., Respondent. [24 NYS3d 511]—

Judgment, Supreme Court, New York County (Robert M. Mandelbaum, J.), entered on or about August 12, 2014, denying the petition for a writ of habeas corpus and dismissing the proceeding brought pursuant to CPLR article 70, unanimously affirmed, without costs.

The court properly found CPL 180.80 inapplicable since petitioner was indicted without the filing of a felony complaint. We have considered petitioner's remaining arguments and find them unavailing. Concur—Sweeny, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ.